IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:17-CR-00049-M-2

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BOBBY RAY WORTHINGTON,<br><br>    Defendant. | AMENDED ORDER |

This matter comes before the court on the Defendant's pro se motion to appoint counsel [DE 138]. Defendant expresses his belief that he is entitled to a reduction of his sentence. Accordingly, pursuant to Standing Order 23-SO-6,[1] the Federal Public Defender is appointed to determine whether the Defendant may qualify to seek a reduction of his sentence.

SO ORDERED this 20th day of December, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This order supersedes the order entered at DE 139.